UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-1853-DSF (KK)** | Date: | February 28, 2020 |

Title: *Davon Walker v. Kylie Gillespie, et al.*

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order re: Failure to File Request to Proceed <u>In Forma Pauperis</u>

Plaintiff Davon Walker ("Plaintiff"), an inmate at Sierra Conservation Center, has filed a civil rights complaint under 42 U.S.C. § 1983. ECF Docket No. ("Dkt.") 1. Plaintiff has neither paid the mandatory $400.00 filing fee, nor filed a request to proceed <u>in forma pauperis</u>, which must include a certified copy of his prison trust-fund statement and an authorization for disbursement of funds. <u>See</u> 28 U.S.C. § 1915(a)(2).

Accordingly, if Plaintiff wishes to proceed with this lawsuit, **within thirty (30) days** of the date of this Order he must (1) pay the full $400.00 filing fee; (2) file a request for <u>in forma pauperis</u> status along with the necessary accompanying documents; or (3) show cause in writing why he is unable to do so. The Clerk is directed to mail Plaintiff a blank copy of the district's form <u>in forma pauperis</u> request (CV-060P). **Plaintiff is expressly warned that his failure to timely comply with this Order may result in denial of his <u>in forma pauperis</u> application and/or dismissal of this action without prejudice.**

**IT IS SO ORDERED.**