JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVON WALKER, | Case No. CV 20-1853-DSF (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| KYLIE GILLESPIE, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Date: July 22, 2020

_____
Dale S. Fischer
United States District Judge